UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CASE NO. 3:06CV-624-R

PAPA JOHN'S INTERNATIONAL, INC., et al.                                PLAINTIFFS

v.

BEARSCOT, LLC, et al.                                                  DEFENDANTS

**MEMORANDUM OPINION & ORDER**

This matter is before the Court on Plaintiffs' Motion for Default Judgment against Defendants Scott Gunther and Bearscot, LLC (Docket #11). Although Defendants did not file a response to this motion, the deadlines for such filings have passed. This matter is now ripe for adjudication.

Plaintiffs filed a Complaint against Defendants Bearscot, Gunther, and Barry Ferster on December 6, 2006. Plaintiffs served Defendant Bearscot on December 27, 2006. Plaintiffs served Defendant Gunther on March 12, 2007. Neither of these Defendants have plead or otherwise sought to defend themselves in this action. Plaintiffs submitted the affidavit of Dana L. Collins, counsel for Papa John's International, Inc., in which Collins states that Plaintiffs have not received any correspondence from these Defendants. Plaintiff filed the present motion on August 17, 2007.

"When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend as provided by these rules and that fact is made to appear by affidavit or otherwise" the party's default shall be entered. FED. R. CIV. P. 55. Collins' affidavit demonstrates that Defendants Bearscot and Gunther have failed to defend as provided by the rules.

Plaintiffs' claim is for a liquidated amount. A balance remains due and owing under the

franchise agreements and owner agreement for $67,597.60 and under the promissory note for 548.28. The total amount owed is $68,245.88 plus interest at the statutory rate.[1]

IT IS HEREBY ORDERED that Plaintiffs' Motion is hereby GRANTED and a Default Judgment be entered in favor of Plaintiffs and against Defendants Bearscot and Gunther, jointly and severally, in the amount of $68,245.88 plus post-judgment interest at the statutory rate of 4.27 per annum from the date of this Judgment.

---

[1] Plaintiffs reached a settlement agreement with Defendant Ferster. The amount sought against the other Defendants has been reduced by the amount recovered from Defendant Ferster.